**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THAILARY ZOMMER a/k/a THAILARY LIM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC f/k/a NAVIENT SOLUTIONS, INC. f/k/a SALLE MAE, INC., and SLM CORPORATION,<br><br>Defendants. | Case No. 2:22-cv-07254-SDW-JBC<br><br>*Civil Action*<br><br>*Document Electronically Filed*<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Thailary Zommer a/k/a Thailary Lim, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all claims in this action, without prejudice.

Specifically, Rule 41(a)(1)(A)(i) sets out that a plaintiff may voluntarily dismiss her claims without prejudice and without court order by notice at any time prior to the defendants filing an answer or moving for summary judgment. Thus, Plaintiff's request is permitted as of the filing of this Notice. In light thereof, Plaintiff asserts that voluntary dismissal by notice is appropriate under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Kenneth J. Grunfeld, Esquire
Bar No.: 026091999
Kevin W. Fay, Esquire
Bar No.: 005692010

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: March 27, 2023

- 1 -

- 2 -

                                 **Golomb Spirt Grunfeld, P.C.**
                                 1835 Market Street, Suite 2900
                                 Philadelphia, PA 19103
                                 Phone: (215) 985-9177
                                 Fax:     (215) 985-4169
                                 Email: rgolomb@golombleglal.com
                                               kgrunfeld@golomblegal.com
                                               kfay@golomblegal.com

                                 *Attorneys for Plaintiff and the Classes*

Dated:  March 24, 2023

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of March, 2023, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

                                    */s/ Kevin Fay*
                                    **KEVIN FAY, ESQUIRE**